IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Petitioner | ) | |
| v. | ) | CIVIL ACTION No. Misc. MISC 05 .118 S |
| F. SGAMBATO & SONS EXCAVATING INC., FRANK S. SGAMBATO AS PRESIDENT, Respondent | ) | |

PETITION TO ENFORCE
INTERNAL REVENUE SERVICE SUMMONS

The United States of America, by its attorney Robert Clark Corrente, United States Attorney for the District of Rhode Island, and the Assistant United States Attorney complains as follows:

1. This is a proceeding brought pursuant to the provisions of 26 U.S.C. §§ 7402 (b) and 7604 (a) to judicially enforce an Internal Revenue Service summons;

2. Shawn Skene is a Revenue Officer of the Internal Revenue Service, employed in the Small Business/Self Employed Division of the office the Area Director of Internal Revenue Service, 380 Westminster Street, Providence, RI 02903, and is authorized to issue an Internal Revenue Service summons pursuant to the authority contained in 26 U.S.C. § 7602 and Treas. Reg. § 301.7602-1, 26 C.F.R. 301.7602-1;

3. Upon information and belief, the respondent, F. Sgambato & Sons Excavating, Inc., Frank S. Sgambato as President, resides or may be found at 15 Centerdale Avenue, North Providence, RI 02911, within the jurisdiction of this Court.

4. Revenue Officer Shaw Skene is conducting an investigation of the tax liability of F. Sgambato & Sons Excavating, Inc., Frank S. Sgambato as President for the period(s) ending December 31, 2000, December 31, 2001, December 31, 2002, and December 31, 2003. See Declaration of Shawn Skene, attached to this Petition as Exhibit A.

5. Upon information and belief, the respondent, F. Sgambato & Sons Excavating, Inc., Frank S. Sgambato as President, is in possession and control of testimony and documents that may be relevant to this investigation.

6. On October 19, 2004, an Internal Revenue Service summons was issued directing the respondent, F. Sgambato & Sons Excavating, Inc., Frank S. Sgambato as President to appear before Revenue Officer Shawn Skene on November 4, 2004, at 11:00 A.M. at the Internal Revenue Service, 380 Westminster Street, Providence, RI 02903, to testify and produce for examination books, papers, records or other data described in the summons. See Summons, attached as Exhibit B. An attested copy of the summons was served to F. Sgambato & Sons Excavating, Inc., Frank Sgambato a President on October 19, 2004, by Revenue Officer Shawn Skene by handling an attested copy of the summons to whom it was directed. See Exhibits A and B.

7. The respondent failed to appear on November 4, 2004. The respondent's non compliance with the summons continues to this date. See Exhibit A.

8. The books, papers, records or other data sought by the summons are not in the possession of the Internal Revenue Service. See Exhibit A.

9. All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken. See Exhibit A.

10. It is necessary to obtain the testimony and to examine the books, papers, records or other data to properly prepare a Collection Information Statement.

WHEREFORE, the United States requests that:

1. This Court enter an order directing the respondent, F. Sgambato & Sons Excavating, Inc., Frank Sgambato as President, to show cause, if any, why he should not comply with and obey the summons and each and every requirement of the summons;

2. This Court enter an order directing the respondent, F. Sgambato & Sons Excavating, Inc., Frank Sgambato as President, to obey the summons and each and every requirement of the summons by ordering the attendance, testimony and production of the books, papers, records or other data before Revenue Officer Shawn Skene or any other proper officer or employee of the Internal Revenue Service, at such time and place as may be fixed by Revenue Officer Shawn Skene or any other proper officer or employee of the Internal Revenue Service;

3. The United States recover its costs in this action; and that

4. The Court grant such other and further relief as is just and proper.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

LISA DINERMAN
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th FL
Providence, RI 02903
401/709-5000