A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Petitioner | ) | |
| V. | ) | CIVIL ACTION No. Misc. |
| F SGAMBATO & SONS EXCAVATING INC., FRANK SGAMBATO AS PRESIDENT, Respondent | ) | |

**DECLARATION**

I, Shawn Skene, declare:

1. I am a duly commissioned Revenue Officer employed in the Small Business/Self Employed Division of the Office of the Area Director of the Internal Revenue Service at 380 Westminster Street, Providence, RI 02903. I make this declaration based on personal knowledge or information provided to me in the course of my employment.

2. In my capacity as a Revenue Officer, I am conducting an investigation for collection of the tax liability of F Sgambato & Sons Excavating Inc., Frank Sgambato as President for the period(s) ending September 30, 2003, December 31, 2003, June 30, 2004 and September 30, 2004.

3. In furtherance of the above investigation and in accordance with 26 U.S.C. § 7602, I issued on October 19, 2004, an administrative summons to F Sgambato & Sons Excavating Inc., Frank Sgambato as President to give testimony and to produce documents as described in same summons. The summons is attached to the petition as Exhibit B.

4. In accordance with 26 U.S.C. § 7603, on October 19, 2004, I served an attested copy of the Internal Revenue Service summons described in paragraph 3 above on the respondent, F Sgambato & Sons Excavating Inc., Frank Sgambato as President, by handing an attested copy of the summons to whom it was directed, as evident in the certificate of service on the reverse side of the summons.

5. On November 4, 2004, F Sgambato & Sons Excavating Inc., Frank Sgambato as President failed to comply with the summons. The respondent's refusal to comply with the summons continues to the date of this Declaration.

6. The books, papers, records or other data sought by the summons are not already in the possession of the Internal Revenue Service.

7. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

8. It is necessary to obtain the testimony and to examine the books, papers, records or other data sought by the summons in order to complete a Collection Information Statement concerning the federal tax liability of F Sgambato & Sons Excavating Inc., Frank Sgambato as President for the period(s) ending September 30, 2003, December 31, 2003, June 30, 2004 and September 30, 2004.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of September, 2005.

[signature]
Shawn Skene
Revenue Officer

B

# Summons

In the matter of F Sgambato & Sons Excavating Inc, 15 Centerdale Ave, N Providence, RI 02911-1635

Internal Revenue Service (Division): Small Business/Self Employed

Industry/Area (name or number): Small Business/Self Employed - Area

Periods Calendar quarters ending September 30, 2003, December 31, 2003, June 30, 2004, September 30, 2004

## The Commissioner of Internal Revenue

To Frank Sgambato, President of F Sgambato & Sons Excavating Inc

At 15 Centerdale Ave., North Providence, RI 02911

You are hereby summoned and required to appear before Shawn Skene, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents in your possession and control reflecting the assets and liabilities of the above named taxpayer(s) including, but not limited to, the following: all bank statements, checkbooks, canceled checks, savings account passbooks, and records of certificates of deposit, for November 1, 2003 to November 1, 2004, regarding accounts or assets held in the name of the taxpayer(s) or held for the benefit of the taxpayer(s); all records or documents regarding stocks and bonds, deeds or contracts regarding real property, current registration certificates for motor vehicles, and life or health insurance policies currently in force, any of which items are owned, wholly or partially, by the taxpayer(s), or in which the taxpayer(s) have a security interest, or held for the benefit of either or both of the taxpayer(s), so that a current Collection Information Statement may be prepared. A blank copy of such Collection Information Statement is attached hereto to guide you in the production of the necessary documents and records.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

, 380 Westminster St, Providence, RI 02903 401-525-4195

**Place and time for appearance at:** , 380 Westminster St, Providence, RI 02903

**on the** 4th **day of** November , 2004 **at** 11:00 **o'clock** A **m.**

**Issued under authority of the Internal Revenue Code this** 19th **day of** October , 2004

IRS
Department of the Treasury
**Internal Revenue Service**
**www.irs.gov**
Form 2039(Rev. 12-2001)
Catalog Number 21405J

[signature]
Signature of Issuing Officer

**Revenue Officer**
Title

Signature of Approving Officer *(if applicable)*

Title

**Original** -- to be kept by IRS

# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date 10/19/04 | Time 11:00 am |
|---|---|

**How Summons Was Served**

1. ☒ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): ______

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address:

| Signature [signature] | Title Revenue Officer |
|---|---|

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: ______ Time: ______

Name of Noticee: ______

Address of Noticee (if mailed): ______

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.

☐ No notice is required.

| Signature | Title |
|---|---|

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|