IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MISC 05 .118S

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Petitioner | ) | |
| v. | ) | CIVIL ACTION No. Misc. |
| F. SGAMBATO & SONS EXCAVATING INC., FRANK S. SGAMBATO AS PRESIDENT, Respondent | ) | |

RECEIVED
SEP 27 2005
DISTRICT COURT
RHODE ISLAND

ORDER TO SHOW CAUSE

Upon the Petition, the Exhibit(s) attached thereto, including the Affidavit of Shawn Skene, Revenue Officer of the Internal Revenue Service, and upon the motion of Robert Clark Corrente, United States Attorney for the District of Rhode Island, it is

ORDERED that the Respondent appear before the United States District Court for the District of Rhode Island presided over by the undersigned on the 14th day of November, 2005, at 10:00 a.m., to show cause why he should not be compelled to obey the Internal Revenue Service Summons served upon him on October, 19, 2004. It is further

ORDERED that a copy of this Order, together with the petition and exhibits thereto, including the declaration, be served by the United States Marshal's Service or otherwise in accordance with Rule 4(c)(2) of the Federal Rules of Civil Procedure upon F. Sgambato & Sons Excavating Inc., Frank S. Sgambato as President on or before 10-28-05, 2005. It is further

ORDERED that within seven days of service of copies of this Order, the petition, exhibits and declaration upon F. Sgambato & Sons Excavating, Inc., Frank S. Sgambato as President, the respondent shall file and serve a written response to the petition supported by appropriate

SCANNED
SCANNED

affidavit as well as any motions the respondent desires to make.

All motions and issues raised by the respondent will be considered upon the return date of the Order.

Only those issues raised by motion or brought into controversy by the responsive pleading and supported by affidavit will be considered at the return of this Order and any uncontested allegations in the petition will be considered as admitted. It is further,

ORDERED that if the respondent, F. Sgambato & Sons Excavating, Inc., Frank S. Sgambato as President, fails to file written objections in opposition to compliance with the summons served on him, he may, at least three (3) business days prior to the hearing scheduled above, notify the Assistant United States Attorney for the District of Rhode Island, whose signature appears on the petition, of that fact and he will not be required to appear as ordered above and the Court will enter an Enforcement Order and Judgment designating the time and place where he is to appear and comply with the Internal Revenue Service administrative summons.

DATED at Providence, Rhode Island on this 4th day of October, 2005.

[signature]

UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE LINCOLN D. ALMOND