IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Petitioner | ) | |
| | ) | |
| v. | ) | CIVIL ACTION No. Misc. 05-118S |
| | ) | |
| F. SGAMBATO & SONS EXCAVATING INC., FRANK S. SGAMBATO AS PRESIDENT, Respondent | ) | |

**NOTICE OF WITHDRAWAL OF PETITION**

The United States of America, by and through the undersigned, hereby withdraws its petition to enforce Internal Revenue Summons, filed in the within action. Said petition is withdrawn based upon Respondents' compliance with the summons which is the subject of the Petition.

RESPECTFULLY SUBMITTED,

ROBERT CLARK CORRENTE
United States Attorney

Lisa Dinerman Bar #2689
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Withdrawal of Petition has been sent, postage prepaid, this 25th day of October, 2005 to Daniel K. Flaherty, Esq., 31 College Hill Road, Suite 20D, Warwick, Rhode Island 02886.